IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

KENNETH HILL, #632292          §
                               §
V.                             §          CIVIL ACTION NO. G-03-966
                               §
JESSIERA GATSON                §

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is

**DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 20th day of March, 2007.

_____
Samuel B. Kent
United States District Judge